UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTEGRATED MANAGEMENT SYSTEMS,
INC.,

      Plaintiff,

v.                                          Case No. 11-14382

SNEHASISH MAITY and ADVENT GLOBAL
SOLUTIONS, INC.,

      Defendants.
                                                      /

**ORDER DIRECTING DEFENDANTS TO FILE EXPEDITED
RESPONSE TO PLAINTIFF'S MOTION TO REMAND**

On October 5, 2011, Defendants Snehasish Maity and Advent Global Solutions, Inc. removed this case from the Washtenaw County Circuit Court, alleging subject-matter jurisdiction through diversity of citizenship pursuant to 28 U.S.C. § 1332. Pending before the court is Plaintiff's motion to remand, in which Plaintiff states that the amount in controversy, exclusive of interests and costs, is less than $75,000. Upon first blush, Plaintiff's motion appears meritorious, and, therefore, the court will direct Defendants to file an expedited response.

Under 28 U.S.C. § 1332, a district court has jurisdiction over "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . .citizens of different States." Here, in their notice of removal, Defendants averred that complete diversity existed between the parties and the amount in controversy "is alleged to exceed the jurisdictional limit of this Court." (Notice of Removal at 2, Dkt. # 1.) Plaintiff, however, states that it has never stated that the amount in controversy exceeds $75,000, and in fact, the amount in controversy,

exclusive of interest and costs, "will not exceed $75,000 under any circumstances." (Pl.'s Mot. to Remand at 2, Dkt. # 6.) Such an averment is a strong indication that this court lacks subject matter jurisdiction. Accordingly,

IT IS ORDERED that Defendants are DIRECTED to file a response to Plaintiff's motion to remand [Dkt. # 6] on or before **December 22, 2011**.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: December 14, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 14, 2011, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522